IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                Case No. 2:14M2003-001

JUAN SANCHEZ                                                    DEFENDANT

### **O R D E R**

At the initial appearance conducted on the criminal complaint, the defendant agreed to waive the issues of probable cause and detention pending the final disposition of the case; accordingly, the court considers the matters waived. The defendant is detained, subject to reconsideration on motion of defendant.

SO ORDERED this 14th day of February 2014.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE